IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Ted A. Dobranski, ) | Case No. 17-23003 |
| *Debtor* ) | Chapter 13 |
| ) | |
| Ted A. Dobranski, ) | Related to Document No. 20 |
| Social Security No. XXX-XX-3928 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Ally Bank and ) | |
| Ronda J. Winnecour, Trustee ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on August 21, 2017, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Ally Bank
Attn: Payroll Dept.
500 Woodward Avenue
Detroit, MI 48226

Date of Service:    August 21, 2017    /s/ Abagale E. Steidl
    Abagale E. Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    asteidl@steidl-steinberg.com