Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ted A. Dobranski**
Debtor(s)

Bankruptcy Case No.: 17−23003−GLT
Issued Per 1/25/2017 Proceeding
Chapter: 13
Docket No.: 28 − 11
Concil. Conf.: January 25, 2018 at 01:30 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated July 25, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jan. 25, 2018 at 01:30 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 9 of JP Morgan Chase .

☐ H. Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: January 29, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                  Case No. 17-23003-GLT
Ted A. Dobranski                                                        Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dbas                   Page 1 of 2                  Date Rcvd: Jan 29, 2018
                              Form ID: 149                 Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2018.
db             +Ted A. Dobranski,    270 Broadlawn Dr.,    Elizabeth, PA 15037-2002
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14679384       +ACAR Leasing LTD d/b/a GM Financial Leasing,    P.O. Box 183853,    Arlington, TX 76096-3853
14665331       +Alfred P. Pelkey,   444 Mingo Church Rd.,    Finleyville, PA 15332-3529
14665332        American Express,   PO Box 360001,    Fort Lauderdale, FL 33336-0001
14707259        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
14665334       +Bank of America NA,    c/o Northstar Location Services LLC,    4285 Genesee Street,
                 Cheektowaga, NY 14225-1943
14716763       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14665335        Chase,   PO Box 78420,    Phoenix, AZ 85062-8420
14665336        Chase Bank USA NA,    c/o Nationwide Credit Inc.,    PO Box 14581,   Des Moines, IA 50306-3581
14665340       +CitiBank/Sears Mastercard,    Midland Funding,    1 International Plaza-5th Floor,
                 Philadelphia, PA 19113-1510
14665338        Citibank NA,   c/o Cavalry SPV I, LLC,    PO Box 385908,    Minneapolis, MN 55438-5908
14665341       +Comenity HSN,   PO Box 659707,    San Antonio, TX 78265-9707
14665342        Discover Bank,   PO Box 30420,    Salt Lake City, UT 84130-0420
14677913       +Fifth Third Bank,    PO Box 9013,   Addison, Texas 75001-9013
14665343       +Fifth Third Bank,    c/o Client Services Inc.,    3451 Harry S. Truman Boulevard,
                 Saint Charles, MO 63301-4047
14665344        GM Financial Leasing,    75 Remittance Dr.,    Suite 1738,   Chicago, IL 60675-1738
14723817       +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774
14665346        Nationwide Credit,    P.O. Box 26314,   Lehigh Valley, PA 18002-6314
14665348        Sunrise Credit Services,    P.O. Box 9100,   Farmingdale, NY 11735-9100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14665333        E-mail/Text: legal@arsnational.com Jan 30 2018 02:11:12     ARS National Services,
                 P.O. Box 469046,    Escondido, CA 92046-9046
14722907       +E-mail/Text: bankruptcy@cavps.com Jan 30 2018 02:11:56     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14665339       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 30 2018 02:11:37     Citibank, NA,
                 c/o Midland Funding LLC,    PO Box 2121,    Warren, MI 48090-2121
14682926        E-mail/Text: mrdiscen@discover.com Jan 30 2018 02:10:58     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
14665345        E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:08     JCP/Synchrony Bank,
                 PO Box 960090,   Orlando, FL 32896-0090
14726438       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 30 2018 02:11:37     MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN, MI 48090-2011
14707875        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2018 02:25:28
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14665781       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2018 02:39:43
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14665347       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:08     QVC/Synchrony Bank,
                 PO Box 965005,   Orlando, FL 32896-5005
14737210        E-mail/Text: bnc-quantum@quantum3group.com Jan 30 2018 02:11:16
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
14665349       +E-mail/Text: bankruptcy@affglo.com Jan 30 2018 02:11:40     Synchrony Bank/Lowe’s,
                 c/o Global Credit and Collection Corp.,    5440 N. Cumberland Avenue, Suite 300,
                 Chicago, IL 60656-1486
14665350       +E-mail/Text: bankruptcy@affglo.com Jan 30 2018 02:11:40     Synchrony Bank/Lowes,
                 c/o Global Credit and Collection Corp,    5440 N. Cumberland Ave., Suite 300,
                 Chicago, IL 60656-1486
14665351       +E-mail/Text: BKRMailOps@weltman.com Jan 30 2018 02:11:47     Weltman Weinberg & Reis Co, LLP,
                 attn: Bill Molczan, Esq.,    Suite 2500-Koppers Building,    436 Seventh Ave.,
                 Pittsburgh, PA 15219-1826
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14673346*       ARS National Services,    P.O. Box 469046,   Escondido, CA 92046-9046
14673344*      +Alfred P. Pelkey,   444 Mingo Church Rd.,    Finleyville, PA 15332-3529
14673345*       American Express,   PO Box 360001,    Fort Lauderdale, FL 33336-0001
14673347*      +Bank of America NA,    c/o Northstar Location Services LLC,    4285 Genesee Street,
                 Cheektowaga, NY 14225-1943
14673348*       Chase,   PO Box 78420,    Phoenix, AZ 85062-8420
14665337*       Chase Bank USA NA,    c/o Nationwide Credit Inc.,    PO Box 14581,   Des Moines, IA 50306-3581
14673349*       Chase Bank USA NA,    c/o Nationwide Credit Inc.,    PO Box 14581,   Des Moines, IA 50306-3581
14673350*       Chase Bank USA NA,    c/o Nationwide Credit Inc.,    PO Box 14581,   Des Moines, IA 50306-3581
14673353*      +CitiBank/Sears Mastercard,    Midland Funding,    1 International Plaza-5th Floor,
                 Philadelphia, PA 19113-1510
14673351*       Citibank NA,   c/o Cavalry SPV I, LLC,    PO Box 385908,    Minneapolis, MN 55438-5908
```

```
District/off: 0315-2           User: dbas                  Page 2 of 2                  Date Rcvd: Jan 29, 2018
                               Form ID: 149                Total Noticed: 33


              ***** BYPASSED RECIPIENTS (continued) *****
14673352*      +Citibank, NA,    c/o Midland Funding LLC,    PO Box 2121,    Warren, MI 48090-2121
14673354*      +Comenity HSN,    PO Box 659707,    San Antonio, TX 78265-9707
14673355*       Discover Bank,    PO Box 30420,    Salt Lake City, UT 84130-0420
14673356*      +Fifth Third Bank,    c/o Client Services Inc.,    3451 Harry S. Truman Boulevard,
                 Saint Charles, MO 63301-4047
14673357*       GM Financial Leasing,    75 Remittance Dr.,    Suite 1738,    Chicago, IL 60675-1738
14673358*       JCP/Synchrony Bank,    PO Box 960090,    Orlando, FL 32896-0090
14673359*       Nationwide Credit,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
14673360*      +QVC/Synchrony Bank,    PO Box 965005,    Orlando, FL 32896-5005
14673361*       Sunrise Credit Services,    P.O. Box 9100,    Farmingdale, NY 11735-9100
14673362*      +Synchrony Bank/Lowe’s,    c/o Global Credit and Collection Corp.,
                 5440 N. Cumberland Avenue, Suite 300,    Chicago, IL 60656-1486
14673363*      +Synchrony Bank/Lowes,    c/o Global Credit and Collection Corp,    5440 N. Cumberland Ave.,
                 Suite 300,    Chicago, IL 60656-1486
14673364*      +Weltman Weinberg & Reis Co, LLP,    attn: Bill Molczan, Esq.,    Suite 2500-Koppers Building,
                 436 Seventh Ave.,    Pittsburgh, PA 15219-1826
                                                                                              TOTALS: 1, * 23, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
              Abagale E. Steidl    on behalf of Debtor Ted A. Dobranski asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
               ify.bestcase.com;rlager@steidl-steinberg.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5
```