| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Ted A. Dobranski** | Social Security number or ITIN | **xxx–xx–3928** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | **7/25/17** |
| Case number: | **17–23003–GLT** | Date case converted to chapter **7** | **2/22/18** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Ted A. Dobranski | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 270 Broadlawn Dr. Elizabeth, PA 15037 | |
| 4. | **Debtor's attorney** Name and address | Abagale E. Steidl Steidl & Steinberg 707 Grant Street 28th Floor – Gulf Tower Pittsburgh, PA 15219 | Contact phone 412–391–8000 Email: asteidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee** Name and address | Rosemary C. Crawford Crawford McDonald, LLC. P.O. Box 355 Allison Park, PA 15101 | Contact phone 724–443–4757 Email: crawfordmcdonald@aol.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 2/23/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 16, 2018 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8.     Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/15/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/3/18**<br><br>**Filing deadline: 1/21/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-23003-GLT
Ted A. Dobranski                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: amaz                  Page 1 of 2              Date Rcvd: Feb 23, 2018
                               Form ID: 309B               Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
db              +Ted A. Dobranski,    270 Broadlawn Dr.,    Elizabeth, PA 15037-2002
aty             +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-1541
aty             +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
cr              +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
14679384        +ACAR Leasing LTD d/b/a GM Financial Leasing,    P.O. Box 183853,    Arlington, TX 76096-3853
14665331        +Alfred P. Pelkey,    444 Mingo Church Rd.,    Finleyville, PA 15332-3529
14665334        +Bank of America NA,    c/o Northstar Location Services LLC,    4285 Genesee Street,
                  Cheektowaga, NY 14225-1943
14716763        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14665335         Chase,   PO Box 78420,    Phoenix, AZ 85062-8420
14665336         Chase Bank USA NA,    c/o Nationwide Credit Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
14665340        +CitiBank/Sears Mastercard,    Midland Funding,    1 International Plaza-5th Floor,
                  Philadelphia, PA 19113-1510
14665338         Citibank NA,    c/o Cavalry SPV I, LLC,    PO Box 385908,    Minneapolis, MN 55438-5908
14665342         Discover Bank,    PO Box 30420,    Salt Lake City, UT 84130-0420
14677913        +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14665343        +Fifth Third Bank,    c/o Client Services Inc.,    3451 Harry S. Truman Boulevard,
                  Saint Charles, MO 63301-4047
14665344         GM Financial Leasing,    75 Remittance Dr.,    Suite 1738,    Chicago, IL 60675-1738
14723817        +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                  Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14665346         Nationwide Credit,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
14665348         Sunrise Credit Services,    P.O. Box 9100,    Farmingdale, NY 11735-9100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: asteidl@steidl-steinberg.com Feb 24 2018 01:39:24      Abagale E. Steidl,
                  Steidl & Steinberg,    707 Grant Street,    28th Floor - Gulf Tower,    Pittsburgh, PA 15219
tr              +EDI: BRCCRAWFORD.COM Feb 24 2018 01:33:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
                  P.O. Box 355,    Allison Park, PA 15101-0355
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2018 01:39:48      Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA 17128-0946
ust             +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Feb 24 2018 01:39:53
                  Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                  Pittsburgh, PA 15222-3721
14665333         EDI: ARSN.COM Feb 24 2018 01:33:00      ARS National Services,    P.O. Box 469046,
                  Escondido, CA 92046-9046
14665332         EDI: AMEREXPR.COM Feb 24 2018 01:33:00      American Express,    PO Box 360001,
                  Fort Lauderdale, FL 33336-0001
14707259         EDI: BECKLEE.COM Feb 24 2018 01:33:00      American Express Centurion Bank,
                  c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14722907        +E-mail/Text: bankruptcy@cavps.com Feb 24 2018 01:40:08      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14665339        +EDI: MID8.COM Feb 24 2018 01:33:00      Citibank, NA,    c/o Midland Funding LLC,    PO Box 2121,
                  Warren, MI 48090-2121
14665341        +EDI: WFNNB.COM Feb 24 2018 01:33:00      Comenity HSN,    PO Box 659707,
                  San Antonio, TX 78265-9707
14682926         EDI: DISCOVER.COM Feb 24 2018 01:33:00      Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH  43054-3025
14665345         EDI: RMSC.COM Feb 24 2018 01:33:00      JCP/Synchrony Bank,    PO Box 960090,
                  Orlando, FL 32896-0090
14726438        +EDI: MID8.COM Feb 24 2018 01:33:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                  WARREN, MI 48090-2011
14707875         EDI: PRA.COM Feb 24 2018 01:33:00      Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
14665781        +EDI: PRA.COM Feb 24 2018 01:33:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
14665347        +EDI: RMSC.COM Feb 24 2018 01:33:00      QVC/Synchrony Bank,    PO Box 965005,
                  Orlando, FL 32896-5005
14737210         EDI: Q3G.COM Feb 24 2018 01:33:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                  PO Box 788,    Kirkland, WA  98083-0788
14665349        +EDI: LEADINGEDGE.COM Feb 24 2018 01:33:00      Synchrony Bank/Lowe's,
                  c/o Global Credit and Collection Corp.,    5440 N. Cumberland Avenue, Suite 300,
                  Chicago, IL 60656-1486
14665350        +EDI: LEADINGEDGE.COM Feb 24 2018 01:33:00      Synchrony Bank/Lowes,
                  c/o Global Credit and Collection Corp,    5440 N. Cumberland Ave.,    Suite 300,
                  Chicago, IL 60656-1486
14665351        +E-mail/Text: BKRMailOps@weltman.com Feb 24 2018 01:40:00      Weltman Weinberg & Reis Co, LLP,
                  attn: Bill Molczan, Esq.,    Suite 2500-Koppers Building,    436 Seventh Ave.,
                  Pittsburgh, PA 15219-1826
                                                                                              TOTAL: 20

```
District/off: 0315-2          User: amaz                 Page 2 of 2              Date Rcvd: Feb 23, 2018
                              Form ID: 309B              Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14673346*       ARS National Services,    P.O. Box 469046,    Escondido, CA 92046-9046
14673344*      +Alfred P. Pelkey,    444 Mingo Church Rd.,    Finleyville, PA 15332-3529
14673345*       American Express,    PO Box 360001,    Fort Lauderdale, FL 33336-0001
14673347*      +Bank of America NA,    c/o Northstar Location Services LLC,    4285 Genesee Street,
                 Cheektowaga, NY 14225-1943
14673348*       Chase,   PO Box 78420,    Phoenix, AZ 85062-8420
14665337*       Chase Bank USA NA,    c/o Nationwide Credit Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
14673349*       Chase Bank USA NA,    c/o Nationwide Credit Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
14673350*       Chase Bank USA NA,    c/o Nationwide Credit Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
14673353*      +CitiBank/Sears Mastercard,    Midland Funding,    1 International Plaza-5th Floor,
                 Philadelphia, PA 19113-1510
14673351*       Citibank NA,    c/o Cavalry SPV I, LLC,    PO Box 385908,    Minneapolis, MN 55438-5908
14673352*      +Citibank, NA,    c/o Midland Funding LLC,    PO Box 2121,    Warren, MI 48090-2121
14673354*      +Comenity HSN,    PO Box 659707,    San Antonio, TX 78265-9707
14673355*       Discover Bank,    PO Box 30420,    Salt Lake City, UT 84130-0420
14673356*      +Fifth Third Bank,    c/o Client Services Inc.,    3451 Harry S. Truman Boulevard,
                 Saint Charles, MO 63301-4047
14673357*       GM Financial Leasing,    75 Remittance Dr.,    Suite 1738,    Chicago, IL 60675-1738
14673358*       JCP/Synchrony Bank,    PO Box 960090,    Orlando, FL 32896-0090
14673359*       Nationwide Credit,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
14673360*      +QVC/Synchrony Bank,    PO Box 965005,    Orlando, FL 32896-5005
14673361*       Sunrise Credit Services,    P.O. Box 9100,    Farmingdale, NY 11735-9100
14673362*      +Synchrony Bank/Lowe's,    c/o Global Credit and Collection Corp.,
                 5440 N. Cumberland Avenue, Suite 300,    Chicago, IL 60656-1486
14673363*      +Synchrony Bank/Lowes,    c/o Global Credit and Collection Corp,    5440 N. Cumberland Ave.,
                 Suite 300,   Chicago, IL 60656-1486
14673364*      +Weltman Weinberg & Reis Co, LLP,    attn: Bill Molczan, Esq.,    Suite 2500-Koppers Building,
                 436 Seventh Ave.,    Pittsburgh, PA 15219-1826
                                                                                              TOTALS: 1, * 23, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
              Abagale E. Steidl    on behalf of Debtor Ted A. Dobranski asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
               ify.bestcase.com;rlager@steidl-steinberg.com
              James Warmbrodt     on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
              S. James Wallace     on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 6
```