IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 17-23003 |
| | ) | Chapter 13 |
| Ted Dobranski | ) | |
| *Debtor* | ) | Document No. |
| | ) | |
| Ted Dobranski | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | |
| Trustee, ACAR Leasing, ARS National Service, | ) | |
| American Express, Bank of America, Calvary, | ) | |
| Chase, Chase Bank, CitiBank/Sears MasterCard, | ) | |
| CitiBank, Comenity, Discover Bank, 5/3 Bank, GM | ) | |
| Financial Leasing, JCP/Synchrony, JP Morgan | ) | |
| Chase, Midland Funding, Nationwide Credit, PRA | ) | |
| Receivables, PA Dept. of Revenue, People's Natural | ) | |
| Gas, PRA Receivables, QVC/Synchrony, Quantum | ) | |
| 3 Group, Sunrise Credit, Synchrony Bank/Lowes, | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on February 28, 2018, a true and correct copy of the *Order Converting Case Under Chapter 13 to Case Under Chapter 7, Setting Deadlines, Scheduling Status Conference, and Terminating Wage Attachment* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

See attached mailing matrix

Date of Service:    February 28, 2018    /s/ Abagale Steidl
                                                                                 Abagale Steidl, Esquire
                                                                                 STEIDL & STEINBERG
                                                                                 28th Floor, Gulf Tower
                                                                                 707 Grant Street
                                                                                 Pittsburgh, PA 15219
                                                                                 (412) 391-8000
                                                                                 asteidl@steidl-steinberg.com