**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TED A. DOBRANSKI<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:17-23003 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

 1. The case was filed on 07/25/2017 and confirmed on 09/22/2017 . The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

 2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 5,060.00 |
| Less Refunds to Debtor | | 402.70 | |
| TOTAL AMOUNT OF PLAN FUND | | | 4,657.30 |
| Administrative Fees | | | |
|    Filing Fee | | 0.00 | |
|    Notice Fee | | 0.00 | |
|    Attorney Fee | | 996.71 | |
|    Trustee Fee | | 212.08 | |
|    Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 1,208.79 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA<br>    Acct: 8990 | 0.00 | 3,448.51 | 0.00 | 3,448.51 |
|   JPMORGAN CHASE BANK NA<br>    Acct: 8990 | 64.76 | 0.00 | 0.00 | 0.00 |
| | | | | 3,448.51 |
| **Priority** | | | | |
|   ABAGALE E STEIDL ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   TED A. DOBRANSKI<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   STEIDL & STEINBERG<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ACAR LEASING LTD D/B/A GM FINANCIAL I<br>    Acct: 6466 | 0.00 | 0.00 | 0.00 | 0.00 |
|   STEIDL & STEINBERG<br>    Acct: | 3,390.00 | 996.71 | 0.00 | 0.00 |
|   TED A. DOBRANSKI<br>    Acct: | 402.70 | 402.70 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| AMERICAN EXPRESS CENTURION BNK | 7,052.92 | 0.00 | 0.00 | 0.00 |
| Acct: 4000 | | | | |
| BANK OF AMERICA NA** | 2,641.85 | 0.00 | 0.00 | 0.00 |
| Acct: 3832 | | | | |
| CHASE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9854 | | | | |
| CHASE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9815 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 11,075.92 | 0.00 | 0.00 | 0.00 |
| Acct: 9373 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8594 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7886 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 4,709.47 | 0.00 | 0.00 | 0.00 |
| Acct: 8118 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,596.95 | 0.00 | 0.00 | 0.00 |
| Acct: 2118 | | | | |
| DISCOVER BANK(*) | 10,918.59 | 0.00 | 0.00 | 0.00 |
| Acct: 8726 | | | | |
| FIFTH THIRD BANK** | 14,464.26 | 0.00 | 0.00 | 0.00 |
| Acct: 8571 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 834.80 | 0.00 | 0.00 | 0.00 |
| Acct: 3176 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3175 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,821.69 | 0.00 | 0.00 | 0.00 |
| Acct: 7886 | | | | |
| ARS NATIONAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONWIDE CREDIT LINE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SUNRISE CREDIT SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALFRED PELKEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 5,664.42 | 0.00 | 0.00 | 0.00 |
| Acct: 5266 | | | | |
| WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                                          3,448.51

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 64.76 |
| UNSECURED | 61.780.87 |

Date: 03/29/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com